*WHEN RECORDED MAIL TO:*

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY INC.<br><br>PLAINTIFF(S),<br>v.<br>TODD DISNER et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:21-mc-00285<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on **March 05, 2021**
in favor of   NATIONWIDE JUDGMENT RECOVERY INC.
whose address is   8452 Katella Ave, Stanton CA 90680
and against   CAROLANN EDDINGTON
whose last known address is   204A E MAIN ST, SILVERTON OR 97381
for $ 10,444.07           Principal, $ 912.15         Interest,  $ 0              Costs,
and $ 0.00                  Attorney Fees.

ATTESTED this ___25___ day of ___June___ 2021.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) [X] Unknown.
Judgment debtor's Social Security number; ___9312___ (last 4 digits) [ ] Unknown.

[X] No stay of enforcement ordered by Court
[ ] Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

CAROLANN EDDINGTON

204A E MAIN ST

SILVERTON OR 97381

CLERK, U.S. DISTRICT COURT 1256

By _____
                Deputy Clerk

**LUIS R. RODRIGUEZ**

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                                      **ABSTRACT OF JUDGMENT/ORDER**